558

No. 1033. B. B. CHEMICAL CO. v. ELLIS ET AL. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Harrison F. Lyman* for petitioner. *Mr. Robert Cushman* for respondents.

No. 1012. SOUTHPORT PETROLEUM CO. v. NATIONAL LABOR RELATIONS BOARD. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted, limited to the question of the correctness of denial by the Circuit Court of Appeals of the petitioner's motion to remand to the National Labor Relations Board for further evidence. *Mr. Morris D. Meyer* for petitioner. *Solicitor General Biddle* and *Messrs. Arnold Raum, Robert B. Watts, Laurence A. Knapp,* and *Mortimer B. Wolf* for respondent.

No. 692. MACOMBER v. HUDSPETH, WARDEN. April 7, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Ora B. Macomber, pro se.*

No. 802. BOONE ET AL. v. EQUITABLE HOLDING CO. ET AL. April 7, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Messrs. Samuel Biern* and *Connor Hall* for petitioners. *Mr. Christopher B. Garnett* for respondents.